In the Matter of the Application of MELISSA GARDNER et al.,
Appellants, for the Refunding Certain Taxes.

THE BOARD OF SUPERVISORS OF ROCKLAND COUNTY,
Respondent.

*Matter of Gardner,* 52 App. Div. 625, affirmed.
(Argued June 5, 1901; decided June 21, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 28, 1900, which reversed an order of the Rockland
County Court directing the board of supervisors of that
county to refund to the petitioners certain amounts paid for
taxes.

*Tompkins McIlvaine, Howard S. Gans* and *Edward
Wells, Jr.,* for appellants.

*Thomas H. Lee* and *William P. Banigan* for respondent.

Order affirmed, with costs, upon the opinion in the case of
*Matter of McCue* v. *Bd. of Suprs.* (162 N. Y. 235), and in
so far as that case may appear to be in conflict with certain
expressions of opinion in *Matter of Adams* v. *Bd. of Suprs.*
(154 N. Y. 619), the latter is overruled.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LAN-
DON, CULLEN and WERNER, JJ.